IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Wednesday, August 21, 2014

| | |
|---|---|
| WALTER HOOVER & VIVIAN HOOVER | Judge James M. Moody Jr. |
| Represented by George Ellis & | Court Reporter: Karen Baker |
| Jeanne Steffin | Courtroom Deputy - D. Jackson |

vs.          CASE No.4:11cv395 JM

UNITED STATES OF AMERICA
Represented by Lindsey Lorence & Jamie Dempsey

### COURT TRIAL- HELD IN LITTLE ROCK

Time began: 9:06 a.m.

 Pending motions addressed - #'s 71 & 72 granted

 Plaintiffs' exhibits 1 - 8, 13, 17, 24 - 27, 31, 41,44, 48, 55 rec'd without objection

 Defendant's exhibits 127, 128, 129 rec'd without objection

9:33 a.m. PLAINTIFFS' PROOF BEGINS

   1) Bruce Van dam - sworn
     Direct - Wise

10:55 a.m. Recess

11:04 a.m. Resume Witness resumes stand

11:05 a.m.   Cross - Lorence
     Redirect
11:45 a.m. RECESS until 1:00 p.m.

   RESUME - **Court Reporter - Elaine Hinson**

1:01 p.m.  2) Victoria Powell - sworn
     Direct - Wise

2:51 p.m. Recess

| | |
|---|---|
| 3:16 p.m. | Resume |
| |     Powell resumes stand |
| |         Cross - Lorence |
| 3:47 p.m. | Recess until August 22, 2014 at 9:00 a.m. |

**SECOND DAY OF BENCH TRIAL - Friday, August 22, 2014**

**Court Reporter - Elaine Hinson**

| | |
|---|---|
| 8:57 a.m. | Plaintiffs' proof continues |
| |     3) Alex Barchuk - sworn |
| |         Direct - Ellis |
| | Exhibits received: 118A, 119, 30, 9 - 16, 33 - 40, 18 - 29, 32 |
| 10:55 a.m. |         Cross - Lorence |
| 11:00 a.m. | Witness excused |
| |     4) Walter Paul Hoover - sworn |
| |         Direct - Ellis |
| 11:25 a.m. | Witness steps down. |
| 11:35 a.m. | Resume |
| 11:37 a.m. |     5) Vivian Hoover - sworn |
| |         Direct - Ellis |
| 12:02 p.m. | Recess until 1:00 p.m. |
| 1:15 p.m. | Resume |
| 2:49 p.m. | |
| |     Vivian Hoover resumes stand |
| |         Direct continues |
| 2:03 p.m. |         Cross - Lorence |
| 2:16 p.m. |         Redirect |
| 2:17 p.m. |     6) Jessie Hoover - sworn |
| |         Direct - Ellis |
| 2:50 p.m. |         Cross - Dempsey |
| 2:56 p.m. |         Redirect |
| 2:58 p.m. | Recess |
| 3:12 p.m. | Resume 7) Theresa Hoover - sworn |
| |         Direct - Ellis |
| 3:42 p.m. |         Cross - Dempsey |
| 3:45 p.m. | Plaintiffs rest |
| | Argument by counsel regarding USA's motion. |
| | Defense Motion for directed verdict denied. |

| | | |
|---|---|---|
| 3:51 p.m. | RECESS until Monday at 9:00 | |

THIRD DAY OF BENCH TRIAL - Monday, August 25, 2014

8:57 a.m.    Defendant's proof continues

**Court Reporter - Karen Baker**

        8) Dennis McDonald - sworn
            Direct - Lorence
            Cross - Ellis

10:50 a.m.   Recess
11:03 a.m.   Resume    McDonald resumes stand
                           Cross continues
11:09 a.m.             Redirect
                           By the Court
11:13 a.m.             Witness excused

11:14 a.m.    9) Jeffery Openheimer - sworn
                    Direct - Lorence
11:50 a.m.              Cross - Ellis
12:03 p.m.   Recess

1:02 p.m.    Resume    Witness #9 resumes stand
                           Cross continues
1:13 p.m.    Witness excused

        10) Dr. Edward Tullos - sworn
            Direct - Lorence
            Cross - Ellis
2:08 p.m.    Witness excused
            USA's motion denied.

2:10 p.m.    All parties rest.

            Court to enter written order.

2:15 p.m.    Court adjourned