IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER PAUL HOOVER and
VIVIAN HOOVER                                                                           PLAINTIFFS

V.                                    CASE NO. 4:11CV00395 JM

THE UNITED STATES OF AMERICA                                            DEFENDANT

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law filed on this date, Judgment is hereby entered in favor of Plaintiffs, Walter Paul Hoover and Vivian Hoover. The Plaintiffs' shall have and recover of and from the Defendant, the United States of America , the sum of $750,000.00 seven hundred and fifty thousand dollars. Each party is to bear their own costs and attorney's fees.

DATED this 18th day of September, 2014.

_____
James M. Moody Jr.
United States District Judge